UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:07-cr-176-J-33TEM

JOSE ANTONIO NEGRETE-AGUADO
    a/k/a Jose Rafael Gonzalez

REPORT AND RECOMMENDATION[1]
CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count Two of the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

DONE AND ENTERED at Jacksonville, Florida, this 24th day of September, 2007.

Thomas E. Morris
THOMAS E. MORRIS
United States Magistrate Judge

---

[1] The parties have agreed to waive the ten (10) day objection period to this Report and Recommendation. 28 U.S.C. § 636(b)(1)(B), Rule 6.02, M.D. Fla. Rules.

Copies to:
Honorable Virginia M. Hernandez Covington
United States District Judge
Denise Seymour, Courtroom Deputy
Assistant United States Attorney (Sciortino)
William Charles Fletcher, Esquire
United States Probation
United States Pretrial Services